IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BETTY JEAN MURPHY,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:05-0035

DEBORAH A. HICKEY,

    Defendant.

**JUDGMENT ORDER**

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **DISMISSES** plaintiff's application under 28 U.S.C. § 2241 and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 19th day of February, 2008.

                                      ENTER:

                                      David A. Faber
                                      United States District Judge